# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **SMALL AXE ENTERPRISES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-20-CV-00042-FM** |
| | § | |
| **HELEN OF TROY LIMITED,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Before the court is "Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii)" ("Stipulation") [ECF No. 18], filed July 9, 2021 by Small Axe Enterprises ("Plaintiff") and Defendant Helen of Troy Limited.  Therein, Plaintiff stipulates to dismissal of all claims with prejudice.[1]  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2]  The parties' attorneys have signed the Stipulation, demonstrating their consent.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1.    It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2.    It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

---

[1] "Stipulation of Dismissal with Prejudice Pursuant to rule 41(a)(1)(A)(ii)" ("Stip.") 2, ECF No. 18, filed July 9, 2021.

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

[3] *See* Stip. 2.

3.  It is **FURTHER ORDERED** that the Clerk of the Court is **INSTRUCTED** to **CLOSE** the case.

**SIGNED AND ENTERED** this _12_ day of **July 2021.**

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**